THE STATE OF IOWA v. WASHBURN.

1. POSSESSION OF COUNTERFEIT COIN. The possession of counterfeit coin, as contemplated by section 2634 of the Code, may consist in having it deposited in a secret place within the knowledge and control of the accused.

*Appeal from Jackson District Court.*

WEDNESDAY, DECEMBER 5.

THIS was an indictment under section 2634 of the Code, charging defendant with having in his possession counterfeited coin, in the similitude of the gold dollar, knowing, &c., with intent &c. Verdict of guilty and from this defendant appeals.

*Spurr* and *Leffingwell* for the appellant.

*S. A. Rice,* Attorney General, for the State.

WRIGHT, J.—To constitute possession with intent to pass, it is not necessary that the prisoner shall have the counterfeited coin in his hands, in his pocket, nor on his person. But if, in the language of the charge of the court to the jury in this case, "it was in the county where the accused put it for safe keeping, and if he keeps the secret of the place where the coin has been deposited and has the control of the coin and can take it into his actual possession at his pleasure, then this is a having in possession within the meaning of the law." If the coin was within the power of the prisoner, in such a sense that he could and did command its

use, the possession was as complete within the meaning of the statute, as if it had been actual.

Judgment affirmed.